IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>LUSHA SYSTEMS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No.: 24-4184 |

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the motion of Douglas Motzenbecker, attorney for Defendant Lusha Systems Inc. and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

Bianca C. Evans
GORDON REES SCULLY MANSUKHANI, LLP
Three Logan Square, 1717 Arch Street
Suite 610
Philadelphia, PA 19103
Telephone: (215) 561-2300
Facsimile: (215) 693-6650
Email: bevans@grsm.com

be admitted to practice *pro hac vice* in the above-captioned case. All attorneys appearing before

this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys;

**IT IS FURTHER ORDERED** that Bianca Evans pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a);

**IT IS FURTHER ORDERED** that Bianca Evans pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101(c)(3);

**IT IS FURTHER ORDERED** that Bianca Evans may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice c*ounsel to receive electronic notifications in this matter.

So Ordered,

*Harvey Bartle III*
Hon. Harvey Bartle, III
Date: April 15, 2024