UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                    **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4184 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
                    v.
LUSHA SYSTEMS, INC

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time  commenced:   3:00  PM                    Time Adjourned: 3:02 PM


Total:   2 minutes




                                        s/ *David Bruey*
                                        **DEPUTY CLERK**