UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:    June 3, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    JOHN KURZ

**TITLE OF CASE:**                        **DOCKET NO.:** 24-4184 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
LUSHA SYSTEMS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.
Order to be entered.

                                   s/Lawrence MacStravic
                                   Deputy Clerk

Time Commenced: 10:57a.m.        Time Adjourned: 11:00a.m.        Total Time in Court: 0:03