# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                                              Plaintiff,

v.                                                            Case No.: 1:24−cv−04184−HB
                                                           Judge Harvey Bartle (EDPA), III

LUSHA SYSTEMS, INC, et al.

                                              Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER−L−814−24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                       Very truly yours,

                                                       CLERK OF COURT
                                                       By Deputy Clerk, lm

encl.
cc: All Counsel